### No. 26163

**Michael Robert Raymond v. The District Court in and for the City and County of Denver, and The Honorable Joseph Quinn, one of the Judges thereof**

(518 P.2d 286)

Decided January 14, 1974.

14

Edison and Berman, Steven Henry DeVito, for petitioner.

Dale Tooley, District Attorney, O. Otto Moore, Assistant, for respondents.

*En Banc.*

PER CURIAM

The issue of the petitioner's, Michael Robert Raymond, standing to institute this original proceeding was not raised prior to the petition for rehearing. Raymond lacks the necessary standing to create jurisdiction in this court.

Accordingly, the opinion is withdrawn and the rule to show cause is discharged.